IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 13-2702-STA-tmp |
| RICHARD RUMMO, JR., | ) ) | |
| Defendant. | ) ) | |

_____

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

Before the Court is the United States Magistrate Judge' Report and Recommendation (D.E. # 8) that Defendant Federal National Mortgage Association's ("Fannie Mae") Motion to Remand be granted.  The Report and Recommendation was filed on November 19, 2013.  Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before December 3, 2013.  Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report and **GRANTS** Fannie Mae's Motion to Remand (D.E. # 5).

**IT IS SO ORDERED.**

    s/ S. Thomas Anderson
    S. THOMAS ANDERSON
    UNITED STATES DISTRICT JUDGE

    Date: December 27, 2013.